# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) ) LORI JENKINS, ) ) Defendant. ) | 8:13CR395 ORDER |

This matter is before the court is defendant's motion to continue trial [32] as counsel must coordinate with state court proceedings and needs additional time to prepare for trial. The court finds good cause being shown and the trial shall be continued. The defendant has previously complied with NECrimR 12.1(a).

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for January 28, 2014 is continued to **March 11, 2014.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 11, 2014**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 21, 2014.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**