IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 8:13CR395 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LORI JENKINS, | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's Motion for Documents (#117) under the Freedom of Information Act ('FOIA"), 5 U.S.C. § 552.

Section 552 requires '[e]ach agency" to make available to the public certain records. However, the term "agency" in the Freedom of Information Act does not include the United States courts pursuant to 5 U.S.C. § 551(1)(B). The request is denied.

**IT IS ORDERED:**

1. The defendant's Motion for Documents (#117) is denied insofar as the request is made pursuant to the Freedom of Information Act, 5 U.S.C. § 552.

2. The Clerk is directed to mail a copy of this order to the defendant at her last known address.

Dated this 22nd day of December 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge