IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR395 |
| vs. | |
| LORI JENKINS, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's Motion for Copies of Transcript (Filing No. 142). The defendant states she is indigent and requests that the Court waive all costs pertaining to the trial transcripts necessary for the post-conviction process.

The circumstances of the case have not changed since the Court denied the defendant's previous request for free trial transcripts August 22, 2016. (Filing No. 138). Other than this motion for the trial transcripts, the defendant has no motions pending before this Court. The defendant's previous petition under 28 U.S.C. § 2255 was denied, and the Eight Circuit has not granted the defendant authorization to file a successive habeas application. Accordingly, the Court is not inclined to request the transcript at the government's expense without any showing of need for the documents. See 28 U.S.C. § 753(f); see also Chapman v. United States, 55 F.3d 390, 390-91 (8th Cir. 1995). The defendant may, of course, pay the costs of preparing the transcripts. Therefore, the defendant's Motion for Copies of Transcript should be denied. Accordingly,

**IT IS ORDERED:**

1. The defendant's Motion for Copies of Transcript (Filing No. 142) is denied.

2. The defendant may purchase copies of her trial transcripts in the amount of $155.00 from the Clerk's Office of the United States District Court.

3. The Clerk is directed to mail a copy of this Order to the defendant at her last known address.

Dated this 8th day of December, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge